RECEIVED
MAR 04 2013
DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Douglas E. Arpert

v. : Mag. No. 12-2574 (DEA)

GIUSEPPE SCORDATO : <u>CONTINUANCE ORDER</u>

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Eric W. Moran and Matthew J. Skahill, Assistant U.S. Attorneys), and Giuseppe Scordato, through his attorney, Scott Krasny, Esq., for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant, through his attorney, having represented to the Government his intention to enter a guilty plea to charges contained in an Information; and the defendant having signed a plea agreement; and the defendant, through his attorney, and the Government having represented that additional time is needed to finalize a pre-indictment resolution to the conduct charged in the criminal complaint including scheduling this matter before a United States District Judge; and the defendant being aware that he has the right to have this matter submitted to a grand jury within thirty days of the date of his initial appearance pursuant to Title 18, United States Code, Section 3161(b); and the defendant, through his attorney, having consented to the continuance and waived such right; and this being the fourth continuance sought by the parties, and for good cause shown;

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The defendant, through his counsel, has requested additional time to finalize a pre-indictment resolution to the conduct charged in the criminal complaint;

(2) The United States and the defendant have jointly represented that the parties desire additional time to finalize a pre-indictment resolution to this matter, which would render any subsequent trial of this matter unnecessary; and

(3) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 5th day of March, 2013,

ORDERED that this action be, and it hereby is, continued from the date this order is signed through and including April 12, 2013; and it is further

ORDERED that the period from the date this order is signed through and including April 12, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge

Form and entry
consented to:

_____
Eric W. Moran
Matthew J. Skahill
Assistant U.S. Attorneys

_____
Scott Krasny, Esq.
Counsel for Giuseppe Scordato